IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN EDUARDO GAXIOLA,<br><br>Defendant. | 8:19CR254<br><br>ORDER |

This matter is before the Court on Defendant's Motion to Release Property (Filing No. 70) and counsel for Defendant's Motion to Withdraw (Filing No. 75). Defendant's counsel had been appointed for the limited purpose of assisting in the return of Defendant's personal property and United States currency. Defendant's counsel represents to the Court that Defendant's property[1] has been returned.

Accordingly,

1. Defendant's Motion to Release Property (Filing No. 70) is denied as moot; and

2. Counsel for Defendant's Motion to Withdraw as counsel (Filing No. 75) is granted.

Dated this 20th day of December, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

[1] Defendant's Motion for Release of Property described the property as "[a] watch, bracelet, cash, and my cell phone." (Filing No. 70 at 1.) Counsel for Defendant located the cell phone and secured a check from the State Patrol for Defendant's cash. Despite her efforts, counsel for Defendant could not locate a bracelet or watch nor could she locate any evidence that such property had been taken.