# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

CHRISTIAN EDUARDO GAXIOLA,

        Defendant.

**8:19CR254**

**ORDER DISMISSING WARRANT**

This matter is before the Court on its own motion. The arrest warrant issued for Defendant, Filing No. 79, is hereby rescinded. Additionally, Petition for Offender Under Supervision, Filing No. 78, is hereby dismissed.

Dated this 13th day of November, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge